Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 11/27/07*

| | |
|---|---|
| BARBARA NICANDER, ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: C 07-04166 RMW |
| ) | |
| v. ) | **STIPULATION TO MEDIATION** |
| ) | **AND ORDER** |
| K.B. MERRILL ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

The parties hereby agree to mediate through the court's ADR Unit.

Dated: 11/13/07

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: 11/13/07

_____
Andrew Steinheimer, Counsel for Defendant

# XXXXXXXXXXXX ORDER

The parties are hereby ordered to mediation through the Court's ADR Unit.

IT IS SO ORDERED.

Date: 11/27/07

*Ronald M. Whyte*
HON. RONALD M. WHYTE