Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BARBARA NICANDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> K.B. MERRILL ASSOCIATES, LLC, ) <br> ) <br> Defendant. ) <br> _____ ) | *E-FILED - 11/27/07* <br><br> Civil Action No.: C 07-04166 RMW <br><br> **REQUEST TO CONTINUE 11/30/07 CASE MANAGEMENT CONFERENCE** and [XXXXXXXXXXXX] **ORDER** |

The parties are attempting to resolve this matter, and have stipulated to mediate this matter through the Court's Alternative Dispute Resolution Program.

The parties respectfully request the Court continue the November 30, 2007, Case Management Conference for 90 days. The parties will conduct discovery in accordance with the F.R.C.P.

Dated: 11/15/07

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: 11/15/07

_____
Andrew Steinheimer, Counsel for Defendant

xxxxxxxxxxxxxx ORDER

The Court's adopts the stipulation of the parties. The November 30, 2007 Case Management Conference is hereby continued to March 21, 2008 @ 10:30 AM.

IT IS SO ORDERED.

*Ronald M. Whyte*          Date: 11/27/07
_____
HON. RONALD M. WHYTE
U.S. DISTRICT COURT JUDGE