RONALD WILCOX, Bar No. 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486                    *E-FILED - 3/5/08*

Attorney for Plaintiff

# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

|  |  |
|---|---|
| BARBARA NICANDER, | ) |
| | ) Case No. C07-04166 RMW |
| Plaintiff, | ) |
| | ) **STIPULATION TO DISMISS AND** |
| K.B. MERRILL ASSOCIATES, LLC, | ) [xxxxxxxxxxxxx] **ORDER** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The parties have resolved this matter. Therefore, the parties request this matter be dismissed with prejudice.

Dated: 2/28/08

_____
Ronald Wilcox, Counsel for Plaintiff

Dated: 2 28 08

_____
Andrew Steinheimer, Counsel for Defendant

- 1

[[xxxxxxxxxxxx]] **ORDER**

Pursuant to the stipulation entered into by the parties this matter is hereby dismissed with prejudice.

Date: 3/5/08

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE